335 A.2d 349

UNITED NATURAL GAS COMPANY

v.

Paul J. RINK and Raymond R. Rink, t/d/b/a
DeSoto Holiday House, Appellants.

Supreme Court of Pennsylvania.

Argued March 13, 1975.

Decided April 17, 1975.

Henry G. Beamer, III, Metz, Cook, Hanna & Kelly, F. J. Carey, Pittsburgh, for appellants.

Murray R. Garber, Bradford, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs to be borne by appellants.

ROBERTS, J., took no part in the consideration or decision of this case.